UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:19-CR-00009-3FL

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| JASON JAVECE CANADY, | ) |
| | ) |
| Defendant. | ) |

For good cause shown, defendant, JASON JAVECE CANADY'S, Motion to Seal Unopposed Motion to Continue Sentencing Hearing is hereby GRANTED.

SO ORDERED, this the __9th__ day of December 2019.

_____
Louise W. Flanagan
United States District Judge

1