UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:19-CR-00009-3FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| JASON JAVECE CANADY, ) | |
| ) | |
| Defendant. ) | |

For good cause shown, defendant, JASON JAVECE CANADY'S, Motion to Seal Unopposed Motion to Continue Sentencing Hearing is hereby GRANTED.

SO ORDERED, this the  26th  day of February 2020.

_____
Louise W. Flanagan
United States District Judge